```
1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  CHRISTINA SINHA, SBN 278893
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   TANYA DUPLANTIER
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-101-GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO AMEND SENTENCING DATE AND SCHEDULE OF DISCLOSURE** |
| vs. | Date: November 1, 2019 |
| TANYA DUPLANTIER, | Time: 9:00 A.M. |
|  | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. |  |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Matthew Thuesen, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Tanya Duplantier, that the sentencing date and schedule of disclosure (ECF 6) may be amended as follows:

| | |
|---|---|
| **Judgment and Sentencing Date:** | **11/15/19** |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel No Later Than: | 10/04/19 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | 10/18/19 |

-1-

| | |
|---|---|
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | 10/25/19 |
| Motion for Correction of the Pre-Sentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | 11/01/19 |
| Reply or Statement of No Opposition: | 11/08/19 |

Probation has no opposition to the proposed changes. The parties therefore respectfully request the Court to amend the sentencing date and schedule of disclosure accordingly.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 3, 2019          /s/ Christina Sinha
                                 CHRISTINA SINHA
                                 Assistant Federal Defender
                                 Attorneys for Defendant
                                 TANYA DUPLANTIER


Date: September 3, 2019          MCGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Matthew Thuesen
                                 MATTHEW THUESEN
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: September 3, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge