HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
JEROME PRICE, SBN 282400
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T:(916)498-5700; F:(916)498-5710

Attorneys for Defendant
TANYA DUPLANTIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-0101 JAM |
|---|---|---|
| Plaintiff, | ) ) | **ORDER TO SEAL DOCUMENT PURSUANT TO LOCAL RULE 141(b)** |
| vs. | ) ) | |
| TANYA DUPLANTIER, | ) | Judge: Hon. John A. Mendez |
| Defendant. | ) ) ) | |

IT IS HEREBY ORDERED that the Request to Seal be granted and that the attachment filed on February 18, 2020 as docket number 19-1 (character reference letters 1-4), be filed under seal per Fed. R. Crim. P. 49.1, because it contains home addresses and telephone numbers. The Assistant United States Attorney Matthew Thuesen and United States Probation Officer Erica Tatum are permitted access to this document.

Dated: February 20, 2020

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
United States District Court Judge

-1-