1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  CHRISTINA SINHA, SBN 278893
   JEROME PRICE, SBN 282100
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, Third Floor
   Sacramento, CA 95814
5  T:(916)498-5700; F:(916)498-5710

6  Attorneys for Defendant
   TANYA DUPLANTIER
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,    ) Case No.  2:19-CR-101-JAM
11                              )
             Plaintiff,         ) **STIPULATION AND ORDER TO DEPOSIT**
12                              ) **FUNDS INTO COURT DEPOSIT FUND**
             vs.                )
13                              ) Date:  February 25, 2019
        TANYA DUPLANTIER,       ) Time:  9:15 A.M.
14                              ) Judge: Hon. John A. Mendez
             Defendant.         )
15  _____)

16       IT IS HEREBY STIPULATED and agreed by and between McGregor

17  W. Scott, United States Attorney, through Matthew Thuesen,

18  Assistant United States Attorney, counsel for Plaintiff, and

19  Heather Williams, Federal Defender, through Assistant Federal

20  Defenders Christina Sinha and Jerome Price, counsel for Ms.

21  Duplantier, that Ms. Duplantier may make a pre-judgment payment

22  to the Clerk of the Court, to be deposited into the Court

23  Deposit Fund and applied towards the special assessment and

24  restitution judgment that is anticipated to be imposed at

25  sentencing on February 25, 2020.

26       The parties specifically stipulate as follows:

27       a.   The parties fully expect that Ms. Duplantier will be

28

                              -1-

ordered to pay restitution in the amount of
$246,701.40.

b. Ms. Duplantier has saved $800.00 from her salary for
the purpose of putting that towards her restitution
obligations, and wishes to prove that payment to the
Clerk of the Court.

c. Defense counsel conferred with the Clerk of the Court
and was informed that the Clerk would benefit from an
order from the Court to avoid confusion regarding the
payments.

d. To that end, the parties hereby request the Court to
issue the underlying order, directing Ms. Duplantier
to make a prepayment to be applied to her restitution.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 19, 2020          /s/  Christina Sinha
                                 CHRISTINA SINHA
                                 Assistant Federal Defender
                                 Attorneys for Defendant
                                 TANYA DUPLANTIER


Date: February 19, 2020          MCGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Matthew Thuesen
                                 MATTHEW THUESEN
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

## **O R D E R**

The Court, having received and considered the parties'
stipulation, directs the defendant to make a prepayment of
$800.00 to the Clerk of the Court.  The Clerk shall deposit the
funds into the Court Deposit Fund, pending the defendant's
sentencing on February 25, 2020, or until further order from the
Court. Once the imposed judgment is entered and docketed, the
deposit shall then be transferred to the defendant's criminal
case.


IT IS SO ORDERED.


Dated: February 20, 2020

/s/ John A. Mendez_____
    HON. JOHN A. MENDEZ
    United States District Court Judge